# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEREK KURT HEGGSTROM, | 3:16-cv-00720-MMD-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | August 29, 2017 |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | |
| Defendant. | |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>KATIE LYNN OGDEN</u>  REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Notice" (ECF No. 17) which the court will construe as a motion for extension of time in which to comply with the Order Concerning Review of Social Security Cases (ECF No. 13).

Plaintiff shall have to and including **Friday, September 29, 2017**, which to comply with the Order Concerning Social Security Cases (ECF No. 13). **There shall be no further extensions granted.** Failure to comply may result in dismissal of this action.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: <u>    /s/    </u>
      Deputy Clerk