1
2
3
4
5
6                    UNITED STATES DISTRICT COURT

7                          DISTRICT OF NEVADA

8                                  * * *

9   DEREK KURT HEGGSTROM,              Case No. 3:16-cv-00720-MMD-WGC

10                        Plaintiff,   ORDER ACCEPTING AND ADOPTING
                                       REPORT AND RECOMMENDATION
11        v.                           OF MAGISTRATE JUDGE
                                       WILLIAM G. COBB
    NANCY A. BERRYHILL,
12  Acting Commissioner of
    Social Security,
13
                          Defendant.
14

15          Before the Court is Magistrate Judge William G. Cobb's Report and

16  Recommendation ("R&R") (ECF No. 19).  Plaintiff had until October 18, 2017 to object

17  (ECF No. 19). To date, no objection has been filed.

18          This Court "may accept, reject, or modify, in whole or in part, the findings or

19  recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party

20  timely objects to a magistrate judge's report and recommendation, then the court is

21  required to "make a *de novo* determination of those portions of the [report and

22  recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). Where a party fails

23  to object, however, the court is not required to conduct "any review at all . . . of any issue

24  that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed,

25  the Ninth Circuit has recognized that a district court is not required to review a magistrate

26  judge's report and recommendation where no objections have been filed. *See United*

27  *States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review

28  employed by the district court when  reviewing a report and recommendation to which no

objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the view that district courts are not required to review "any issue that is not the subject of an objection"). Thus, if there is no objection to a magistrate judge's recommendation, then the court may accept the recommendation without review. *See, e.g.*, *Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

Nevertheless, this Court finds it appropriate to engage in a *de novo* review in order to determine whether to adopt the R&R. Upon review of the R&R and the records in this case, the Court finds good cause to adopt the R&R in full.

It is hereby ordered that the R&R (ECF No. 18) is accepted and adopted.

It is further ordered that the case is dismissed without prejudice.

The Clerk is directed to close this case.

DATED THIS 20th day of October 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE